United States District Court
Southern District of Texas
**ENTERED**
May 29, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 5:20-CR-614 |
| | § | |
| RUBEN PLATA | § | |

## ORDER

On March 26, 2020, the Court granted Defendant's unopposed motion for an evaluation of both his competency to stand trial and his sanity at the time of the charged offense (Dkt. No. 34). The Court also issued an Advisory which provided that "if additional delays arise, the Court will issue further instructions for the deposition and release of the four material witnesses, who have already been detained for two months" (Dkt. No. 37). The Court has now been informed that Defendant's evaluation will be significantly delayed due to the pandemic. Pursuant to 8 U.S.C. § 1324(d), the Court therefore **ORDERS** the Government to depose and release the material witnesses.

Specifically, the Court **ORDERS** the following:

1. Counsel for the parties and material witnesses shall agree on the place and time for the depositions. So long as the depositions are properly recorded, they may be conducted by Video Tele-Conference or Zoom.

2. Defendant and his counsel shall attend the depositions, either remotely or in person, and shall have a full opportunity to cross-examine the material witnesses.

3. A judicial officer need not attend the depositions. The parties shall preserve any objections in a manner that complies with Rule 15(g).

4. The parties must complete the depositions by <u>July 6, 2020</u>. The Government is ordered to release all four material witnesses after their depositions but under no circumstances later than <u>July 6, 2020</u>.

It is so **ORDERED**.

**SIGNED** May 29, 2020.

_____

Marina Garcia Marmolejo
United States District Judge